The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 08-08,
KENNETH J. HIRZ, CLERK OF COURT

BY: /s/Kim Peel
    DEPUTY CLERK

Dated: 10:16 AM October 16, 2009

BK0904106
SK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CANTON

| | |
|---|---|
| IN RE: | Case No. 09-63343 |
| Kelly Lynn Fox<br>Richard Lee Fox, Jr. | Chapter 7 |
| Debtors | Judge Kendig |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (2010 MYRTLE AVENUE NORTHWEST, CANTON, OH 44709)** |

    This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by US Bank, National Association successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company.

    Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the

1

hearing date of the Motion.  No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 2010 Myrtle Avenue Northwest, Canton, OH 44709.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

### 

**SUBMITTED BY:**

/s/ Steven H Patterson, Case Attorney
Ohio Supreme Court #0073452
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3373
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

John R. Bates, Esq. - Attorney for Debtors
436 Fair Avenue NW
New Philadelphia, OH 44663
batesfirm@gmail.com
VIA ELECTRONIC SERVICE

Michael V. Demczyk - Trustee
P.O. Box 867
12370 Cleveland Avenue NW
Uniontown, OH 44685
mvdtrust@yahoo.com
VIA ELECTRONIC SERVICE

Kelly Lynn Fox - Debtor
1432 Ridgeway Place NW
Canton, OH 44709
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Richard Lee Fox, Jr. - Debtor
1432 Ridgeway Place NW
Canton, OH 44709
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Huntington Natl Bk- Creditor
Attention: Bankruptcy
2361 Morse Road
Columbus, OH 43229
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq. – Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE

3
09-63343-rk    Doc 15    FILED 10/16/09    ENTERED 10/19/09 10:29:00    Page 3 of 3